### 21363. SWEATMAN v. THE STATE.

BROYLES, C. J. The evidence connecting the accused with the offense charged was wholly circumstantial and was not sufficient to exclude every reasonable hypothesis save that of his guilt. It follows that the verdict of guilty was unauthorized, and that the refusal to grant a new trial was error.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JULY 14, 1931.

*J. P. Knight,* for plaintiff in error.
*H. C. Morgan, solicitor-general, C. E. Parrish,* contra.